UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Scott Sonda and Brian Corwin
*Plaintiff(s)*
v.
James C. Justice, II
*Defendant(s)*

Civil Action No. 5:22-cv-124

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

Defendant's Motion to Dismiss is GRANTED. This Court hereby DISMISSES WITHOUT PREJUDICE plaintiffs' Introductory Statement and the above-styled case is STRICKEN from the active docket of this Court. Furthermore, this Court is granting plaintiffs leave to amend their complaint. The Amended Complaint should be filed on or before September 20, 2022. Judgment is entered in favor of the defendant.

other:

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge John Preston Bailey

Date: September 7, 2022

*CLERK OF COURT*
Cheryl Dean Riley
/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*