## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING DIVISION

**SCOTT SONDA and**
**BRIAN CORWIN**

    *Plaintiffs,*

    VS.                                                                          CIVIL ACTION NO 5:22-cv-124

**WEST VIRGINIA OIL & GAS**
**CONSERVATION COMMISSION, et al.**

    *Defendant.*

### PLAINTIFFS' RESPONSE TO DEFENDANT WEST VIRGINIA ATTORNEY GENERAL PATRICK MORRISEY'S MOTION TO DISMISS

**NOW COME**, the Plaintiffs, Scott Sonda and Brian Corwin, by and through their Counsel, the Law Office of Edmond & Baum, PLLC, to present their Response to Defendant West Virginia Attorney General Patrick Morrisey's Motion to Dismiss. In said motion, Defendant asserts the case should be dismissed based on Eleventh Amendment Immunity and/or lack of standing on the part of the Plaintiffs. Accordingly, the Plaintiffs respond by stating Eleventh Amendment Immunity does not bar Plaintiffs from pursuing this matter, and Plaintiff does indeed have standing to prosecute this matter. In support of this response and the assertions made herein, Plaintiff has supplied a Memorandum in Support of this Response accompanying this response.

**Respectfully Submitted,**
Scott Sonda and Brian Corwin

By:

 */s/ J. Anthony Edmond Jr.*
Michael B. Baum, Esq. (WVSB #12310)
J. Anthony Edmond Jr. Esq. (WVSB #14162)
EDMOND & BAUM, PLLC
1300 Market Street, Suite 102
Wheeling, WV 26003
P: 304.810.3201
F: 304.212.0473
attorneys@edmondbaumpllc.com
*Counsel for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

**SCOTT SONDA and**
**BRIAN CORWIN**

    *Plaintiffs,*

  VS.                                    CIVIL ACTION NO 5:22-cv-124

**WEST VIRGINIA OIL & GAS**
**CONSERVATION COMMISSION, et al.**

    *Defendant.*

## CERTIFICATE OF SERVICE

I, J. Anthony Edmond Jr., do hereby certify that on this  16th  day of  November , 20 22 , I electronically filed a true and exact copy of the forgoing with the Clerk of Court and all parties using the CM/ECF System.

                                                                   */s/ J. Anthony Edmond Jr.*
                                                                     J. Anthony Edmond, Jr., Esq.