IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

**SCOTT SONDA and**
**BRIAN CORWIN,**

      **Plaintiffs,**

v.                                                           **Civil Action No. 5:22-cv-124**

**WEST VIRGINIA OIL & GAS**
**CONSERVATION COMMISSION,** *et al.***,**

      **Defendants.**

## NOTICE OF APPEAL

Defendants the West Virginia Oil & Gas Conservation Commission, Randall M. Albert, Robert S. Radabaugh, Michael McCown, James A. Martin, and Harold Ward hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order of this Court granting in part and denying in part motions to dismiss and abstaining under *Railroad Commission v. Pullman Co.*, 312 U.S. 496 (1941), which was entered on December 1, 2022. ECF No. 30.

                                                       **THE WEST VIRGINIA OIL & GAS**
                                                       **CONSERVATION COMMISSION,**
                                                       **RANDALL M. ALBERT, ROBERT S.**
                                                       **RADABAUGH, MICHAEL MCCOWN,**
                                                       **JAMES A. MARTIN, AND HAROLD**
                                                       **WARD,**

                                                       **By Counsel:**

                                                       */s/ J. Zak Ritchie*
                                                       J. Zak Ritchie (WVSB #11705)
                                                       Andrew C. Robey (WVSB #12806)

                        Hissam Forman Donovan Ritchie PLLC
                        P.O. Box 3983
                        Charleston, WV 25339
                        t: 681-265-3802
                        f: 304-982-8056
                        zritchie@hfdrlaw.com
                        arobey@hfdrlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned counsel does hereby certify that on the 12th day of December, 2022, he electronically filed the *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of that filing to counsel of record.

                                            /s/ *J. Zak Ritchie*
                                            J. Zak Ritchie (WVSB #11705)