FILED: December 13, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2271
(5:22-cv-00124-JPB)

_____

SCOTT SONDA; BRIAN CORWIN

   Plaintiffs - Appellees

v.

WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION VIA THE WEST VIRGINIA OIL AND GAS CONSERVATION COMMISSION; RANDALL M. ALBERT; HAROLD WARD, in his official capacity as member of the WV Oil & Gas Conservation Commission; ROBERT S. RADABAUGH; MICHAEL MCCOWN, P. E.; JAMES A. MARTIN, in his official capacity as member of the WV Oil & Gas Conservation Commission

   Defendants - Appellants

and

PATRICK MORRISEY, in his capacity as Attorney General of the State of West Virginia

   Defendant

------

This case has been opened on appeal.

| Originating Court | United States District Court for the Northern District of West Virginia at Wheeling |
|---|---|
| Originating Case Number | 5:22-cv-00124-JPB |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 12/12/2022 |
| Appellant(s) | West Virginia Department of Environmental Protection via the West Virginia Oil and Gas Conservation Commission et al. |
| Appellate Case Number | 22-2271 |
| Case Manager | Taylor Barton<br>804-916-2702 |